BRADFORD v. STATE.

(Court of Criminal Appeals of Texas. May 24, 1911.)

INDICTMENT AND INFORMATION (§ 87*)—ALLEGATION AS TO TIME—LIMITATIONS.

An indictment for burglary, alleging that the offense was committed on April 19, "One Thousand Nine Hundred and ——," and anterior to the presentment of the indictment, which was filed August 30, 1910, showed on its face that the offense was barred by limitations prior to the return of the indictment, and was therefore insufficient.

[Ed. Note.—For other cases, see Indictment and Information, Cent. Dig. §§ 244–255; Dec. Dig. § 87.*]

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key No. Series & Rep'r Indexes

Appeal from District Court, Denton County; Clem B. Porter, Judge.

Delos Bradford was convicted of burglary, and he appeals. Reversed and dismissed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary.

The indictment alleges that the offense was committed on the 19th day of April, "One Thousand Nine Hundred and ——" and anterior to the presentment of this indictment. This instrument was filed in court on August 30, 1910. This shows clearly on the face of the pleadings that the offense had been barred by limitation years before the return of the indictment. For this reason, the judgment will be reversed and the prosecution dismissed.

Under this view of the case, we deem it unnecessary to notice other questions. There is no statement of facts contained in the record.

The judgment is reversed, and the prosecution ordered dismissed.